UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICIA ANYACHEBELU,

                                   Plaintiff,

      -against-                                **ORDER**
                                                   16-CV-3159-DLI-SJB

BROOKLYN HOSPITAL CENTER,
TRUSTEES OF THE NEW YORK STATE
NURSES ASSOCIATION BENEFITS FUND,

                                 Defendants.
-----------------------------------------------------------------X

**BULSARA, United States Magistrate Judge:**

Brooklyn Hospital Center has moved to compel various documents from Plaintiff. Plaintiff has failed to respond to the motion. The motion to compel is granted as follows:

1. Plaintiff is ordered to respond to Interrogatories No. 17 (about her health care providers) and No. 19 (requesting information about her social media accounts). Plaintiff must provide responses to these interrogatories by October 22, 2018.

2. Plaintiff is likewise ordered to produce documents responsive to Requests No. 22 and 38 which correspond to the health care providers and social media accounts she identifies. This document production must be completed by November 5, 2018.

The request for sanctions is denied. Absent an order compelling production, it is premature to award sanctions or strike claims. Furthermore, Brooklyn Hospital Center has failed to cite any authority warranting the sanctions it seeks (the case involving a privilege assertion—which is not what has been asserted—is inapposite). Plaintiff is,

however, warned that the failure to comply with this order may result in sanctions including the award of attorney's fees and costs or the striking of one or more claims.

/s/ *Sanket J. Bulsara* October 15, 2018
SANKET J. BULSARA
United States Magistrate Judge

Brooklyn, New York